



FILED ✗     LODGED ___
RECEIVED ___    COPY ___

MAY 2 6 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY





**CV26-03737-PHX-DWL**

# EMPIRE OF MOROCCO
## A 18 U.S.C. section 1116(b) "foreign government"
### *Aboriginal and Indigenous Natural Peoples of North-West Amexem North America*
## Foreign/ National/ International
## Notice/ Affidavit of Fact
## In The Nature of a Administrative Claim
## Actio in factum, Actiones legis
## Actio Mixta, Actio Directa, Actio De Dolo Malo
(Exercise of Constitutionally – Secured Right)
## Declaratory Decree
### CONSUL COURT OF THE MOROCCAN EMPIRE 1836

This Lawful Foreign/ National/ International
Affidavit of Fact is hereby Commanded and Executed in conformity with & under
International Law, Treaty, Uniform Enforcement of Foreign Judgments Act (UEFJA), Foreign-
Country Money Judgments Recognition Act, Convention on the recognition and enforcement of
foreign arbitral awards, International Organizations Immunities Act, Foreign Sovereign
Immunities Act, Common Law, Federal Rule of Procedure, United States Republic
Constitution, and asserted under Laws, and authority of the United States.

Take Notice: Hereinafter this matter is governed by the HCCH 2005 Convention on Choice of Court Agreements.

Pursuant to Article 8 of the HCCH 2005 Convention, this foreign judgment is entitled to immediate recognition and enforcement without a review of the merits, as the United States is a signatory bound by the treaty's mandatory execution protocols. This treaty engagement overrides the discretionary screening procedures of 28 U.S.C. § 1963, creating a ministerial duty for the Clerk to docket this record forthwith under the Supremacy Clause of the Constitution.

Pursuant **Klebe v. United States, 263 U.S. 188 (1923)** "A contract implied in fact is one inferred from circumstances or acts of the parties" Credit One has consented to the exclusive jurisdiction of the Consul Court of the Moroccan Empire 1836. Under Article 5 HCCH, this court's jurisdiction is mandatory. Under Article 8, the $152,000,000 judgment is final, non-reviewable, and entitled to immediate enforcement by operation of the Supreme Law of the Land (Art. VI, Cl. 2).

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _LRCiv P 5.4_
(Rule Number/Section)






Under Article 6, any U.S. court approached by Credit One SHALL suspend or dismiss the case because an exclusive choice of court agreement exists. The U.S. court has no authority to hear a matter that has been contractually and treaty-bound to the Consular Court.

Pursuant to Article 8 of the HCCH 2005 Convention, the United States (as a Contracting State) and all corporate entities therein are mandated to recognize and enforce the judgments of the chosen Consular Court. Credit One Bank N.A. was noticed of the $152,000,000 debt by a court of exclusive jurisdiction, and under Article 8(2), there shall be no review of the merits of this judgment.

I declare under penalty of perjury under Treaty, International, Constitutional, and the Federal laws of the United States of America that the foregoing is true and correct. Asserted, and Executed under the authority of the United States via the Treaty of Peace and Friendship of 1836.

Respectfully,

I am: _____

18 U.S.C 112 Foreign Official/ National
Private Commercial Banker
Chief Executive Officer
Consul
Judicial Officer: Jamie Michael Logan-Bey,
Phone 412-203-5195
Authorized Representative
Natural Person, In Propria Persona:
Ex Rel: JAMIE MICHAEL LOGAN
Under Law Of Nations,
Treaty, International Law
U.S. Constitution,
Common Law, and Federal Law
U.C.C. 1-308 Completely Without Recourse
11650 Penn Hills Dr # 10561
Pittsburgh, Pennsylvania
Indigenous Peoples Territory
[Zip Exempt] Non-Domestic
nunc pro tunc
5/20/26

  

 

## EMPIRE OF MOROCCO
A 18 U.S.C. section 1116(b) "foreign government"
*Aboriginal and Indigenous Natural Peoples of North-West Amexem North America*
### Foreign/ National/ International
### Notice/ Affidavit of Fact
### Actio in factum, Actiones legis
### Actio Mixta, Actio Directa, Actio De Dolo Malo
(Exercise of Constitutionally – Secured Right)
### Declaratory Decree
## CONSUL COURT OF THE MOROCCAN EMPIRE 1836

## NOTICE OF REFUSAL FOR CAUSE

**TO:** Clerk of Court, U.S. District Court, District of Arizona **ATTN:** [Clerk of Court et al.] **RE: CERTIFIED MAIL/ PRIORITY MAIL TRACKING/ FEDERAL REGISTRY NO:** [9590 9402 9887 5335 9182 13/ 9589 0710 5270 3454 4798 87] / REFUSAL OF FRAUDULENT RETURN NOTICE **DATE:** MAY 20Th , 2026

**I. REFUSAL FOR CAUSE (UCC 3-501 / ARTICLE VI)** The "Notice of Return" dated [April 22, 2026] is hereby **REFUSED FOR CAUSE WITHOUT DISHONOR**. This instrument is returned as a **Void/Colorable Document** issued without jurisdiction. The Clerk of Court lacks the judicial authority to "screen" or "review" a Consular Judgment for "proper form" under **28 U.S.C. § 1963**. This act constitutes a **Constitutional Infraction** against the **Treaty of Peace and Friendship 1836** and **Article VI § 2**.

**II. NOTICE OF CRIMINAL SPOLIATION (18 U.S.C. § 2071 / § 1519)** The physical return of Sovereign Instruments intended for the public record constitutes **Criminal Spoliation** and **Mutilation of a Public Record**.

- **18 U.S.C. § 2071:** Whoever willfully and unlawfully removes or mutilates a document filed or deposited with any clerk of any court of the United States... shall be fined and imprisoned.
- **18 U.S.C. § 1519:** Whoever knowingly alters or conceals any record with the intent to impede or obstruct the proper administration of any matter... shall be fined or imprisoned for not more than 20 years.

**III. MANDATORY MINISTERIAL DUTY (28 U.S.C. § 1963)** The statute states: "A judgment... **shall** be registered." The word "shall" creates a mandatory, non-discretionary duty.

  

 

By returning the documents, the Clerk has committed **Misfeasance in Office** and **Criminal Coercion** by attempting to force a Foreign Official to adopt "pro se" status pursuant to **18 U.S.C. 112.**

**IV. FINAL ORDER TO DOCKET** You are hereby commanded to **DOCKET THE ATTACHED INSTRUMENTS IMMEDIATELY** in their original form. Do not separate, mutilate, or return these archives. They are **Inviolable** under **22 U.S.C. § 288a(c)**. Any further attempt to "screen" or "review" these documents will be treated as an **Assault on a Foreign Official** under **18 U.S.C. § 112.**

**SO ORDERED.**

[ ] **Authorized Representative UCC 1-308**

  

 

"THE COURT" AND/ OR CLERK OF COURT ARE HEREBY ORDERED TO RESTORE ALL RIGHTS AND PRIVILEGES WHICH HAVE BEEN ILLEGALLY DEPRIVED TO CONSUL COURT OF THE MOROCCAN EMPIRE 1836.

INSTRUCTIONS ENTER ON THE DOCKET AS: 18 U.S.C 112 FOREIGN OFFICIAL/ NATIONAL/ SOVEREIGN INTERNATIONALLY PROTECTED PERSON-FOREIGN/ INTERNAIONAL AFFIDAVIT OF FACT AVERMENT OF JURISDICTION/ WRIT OF QUO WARRANTO IN THE NATURE OF A DISCOVERY/ INTERROGATORY FOR DELEGATION OF AUTHORITY.  22 U.S.C. § 288(b) INTERNATIONAL ORGANIZATIONS, THEIR PROPERTY AND THEIR ASSETS, WHEREVER LOCATED, AND BY WHOMSOEVER HELD, SHALL ENJOY THE SAME IMMUNITY FROM SUIT AND EVERY FORM OF JUDICIAL PROCESS AS IS ENJOYED BY FOREIGN GOVERNMENTS, THESE ARCHIVES ARE INVIOLABLE UNDER 22 U.S.C. § 288a(c). ATTN: DEPUTY CLERK/ CLERK OF COURTS DO NOT READ/ REVIEW/ DELAY OR HAVE LEGAL LOOK THESE ARCHIVES; DOCKET IMMEDIATELY.

  

 

# EMPIRE OF MOROCCO
A 18 U.S.C. section 1116(b) "foreign government"
*Aboriginal and Indigenous Natural Peoples of North-West Amexem North America*
## Foreign/ National/ International
## Notice/ Affidavit of Fact
## Averment of Jurisdiction Writ of Quo Warranto
## Complaint & Evidence
## In The Nature of a Administrative Claim
## Discovery & Interrogatory
## Actio in factum, Actiones legis
## Actio Mixta, Actio Directa, Actio De Dolo Malo
(Exercise of Constitutionally – Secured Right)
## Declaratory Decree
### CONSUL COURT OF THE MOROCCAN EMPIRE 1836

This Lawful Foreign/ National/ International
Affidavit of Fact Averment of Jurisdiction
is hereby Commanded and Executed in conformity with & under International Law,
Treaty, International Organizations Immunities Act, Foreign Sovereign Immunities Act,
Common Law, Federal Rule of Procedure, United States Republic Constitution, and
asserted under Laws, and authority of the United States.

TO: ALL ACTING AGENTS of the Administrative Office of the United States Courts, including but not limited to, all administrative clerks acting as District Judges, Magistrate Judges, M.C. Judges, and Clerks of Court, in their Official, Private, and Individual Capacities, and to all successors in office: This is a Nation Wide ***State & Federal*** Writ of Quo Warranto under the authority of the **Treaty of Peace and Friendship of 1836 (Article 20)** and the **United States Republic Constitution (Article VI)**— You are hereby commanded to produce, within **SEVEN (7) DAYS**, a certified copy of your **Delegation of Authority Order**. Per Article III, Section 1, you must prove your "Judicial Action(s)/ Power(s)" are established by permanent, de jure authority.







To whom it may concern for the record, on the record, and let the record show, COMES NOW by way of special appearance Jamie Michael Logan-Bey a Moslem, Private Commercial Banker, original inhabitant of the land, Natural Person, in full life, in propria persona, jus sanguinis and sui juris… My Nationality/ Citizenship is Moroccan - American **Ipso Jure** (a free moor) see Moors Sundry Act of 1790, being a Aboriginal Indigenous Sovereign National, 18 U.S.C. 112 foreign/ national/ official/ internationally protected person (ipp) via 22 U.S.C. § 254d, and heir of the present Moroccan Empire a 18 U.S.C. section 1116(b) "foreign government", Turtle Island, North America, American Soil nunc pro tunc. I am not a Stateless 14th Amendment U.S. citizen a "Sovereign Citizen", "Black", "African American", a "person of color", a "colored person" descendant of slaves etc. or any other degrading term used to misclassify and misrepresent a 18 U.S.C 112 foreign official/ Aboriginal Indigenous National to entice one into slavery pursuant to 18 U.S.C. 1581, 1583 and the 13th amendment. I come now making special appearance under duress as authorized representative ex rel. the artificial corporate person/ nom de guerre/ NOMEN/ name(s)/ artificial person(s) legal organization, including a non-profitable corporation, partnership, limited liability company, association, trust, or unincorporated organization JAMIE MICHAEL LOGAN et al. and hereby challenge your Authority via Quo Warranto on the grounds of lack of Jurisdiction and Judicial Power per Article III, Section 1 of the United States Republic Constitution. The Judicial Power of the United States shall be vested in one supreme Court, and in such inferior Courts as the Congress may from *time to time* ordain and establish.

To: The Office of the Chief Clerk (for all U.S. District Courts).

The Office of the Chief Judge (for all U.S. District Courts).

The Administrative Office of the U.S. Courts (Washington, D.C.).

1. "The law provides that once **_State and Federal_** Jurisdiction has been challenged, it must be proven. "**_Jurisdiction can be challenged at any time._**" and "Jurisdiction, once challenged, cannot be assumed and must be decided." **Basso v. Utah Power & Light Co. 495 F 2d 906, 910.** "Once challenged, jurisdiction cannot be assumed, it must be proved to exist.

2. **Perry v. United States, 294 U.S. 330 (1935)** "The federal government is one of delegated and limited powers which derive from the Constitution. It can exercise only the powers granted to it. **_Powers claimed must be denied unless granted._**"







3. I hereby, & hereafter accept the actions of all persons involved as an implied contract that they will uphold, support, and defend the constitution of the UNITED STATES and laws made pursuant thereof. **Klebe v. United States, 263 U.S. 188 (1923)** "A contract implied in fact is one inferred from circumstances or acts of the parties"

4. **Cooke v. United States, 91 U.S. 389 (1875)** "If it comes down from its position of sovereignty, and enters the domain of commerce, it submits itself to the same laws that govern individuals there", ... "The liability of government for acts of its agents is unquestionable."

5. **Norton v. Shelby County, 118 U.S. 425 (1886)** An unconstitutional act is not a law; it confers no rights; it imposes no duties; it affords no protection; it creates no office; it is in legal contemplation as inoperative as though it had never been passed.

6. **Marbury v. Madison 5 U.S. 137 (1803)** Congress does not have the power to pass laws that override the Constitution... "a law repugnant to the Constitution is void, and that courts, as well as other departments, are bound by that instrument."

7. **Perry v. United States, 294 U.S. 330 (1935)** Section 4 of the Fourteenth Amendment, declaring that "The validity of the public debt of the United States, authorized by law, . . . shall not be questioned."

8. **Cooke v. United States, 91 U.S. 389 (1875).** "The liability of government for acts of its agents is unquestionable."

9. Jurisdiction can be challenged at any time, including on appeal or final determination **(Basso v. Utah Power & Light Co.).**

10. **Elliott v. Lessee of Piersol, 26 U.S. 328 (1828)** ... *"if it act without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a remedy sought in opposition to them, even prior to a reversal. They constitute no justification, and all persons concerned in executing such judgments or sentences are considered in law as trespassers".*

11. **United States v. Throckmorton, 98 U.S. 61 (1878)** There is no question of the general doctrine that fraud vitiates the most solemn contracts, documents, and even judgments.

12. **Old Wayne Mut. L. Assoc. v. McDonough, 204 U. S. 8, 27 S. Ct. 236 (1907).** A void judgment may be attacked at any time, either directly or collaterally.

13. Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125**







14. **In re Neagle, 135 U.S. 1 (1890)** "The writ of habeas corpus shall in no case extend to a prisoner in jail unless where he is in custody under or by color of the authority of the United States…or is in custody for an act done or omitted in pursuance of a law of the United States, or of an order, process, or decree of a court or judge thereof"…

15. **Ex Parte Wilson 114 U.S. 417 (1885) (1885)**: The U.S. Supreme Court held that "This Court cannot discharge a person imprisoned under a criminal case sentence from a circuit or district court on habeas corpus unless: The sentence exceeds the jurisdiction of that court; There is no authority to hold the prisoner under the sentence."

16. *A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. A void judgment which includes judgment entered by a court which lacks jurisdiction over the parties or the subject matter, or lacks inherent power to enter the particular judgment, or an order procured by fraud, can be attacked at any time, in **any court**, either directly or collaterally, provided that the party is properly before the court.* **See Long v. Shorebank Development Corp., 182 F.3d 548 (C.A. 7 Iii. 1999).**

17. **Clark v. Allen, 331 U. S. 503, 507–511, 517–518 (1947)** (finding that the right to inherit real property granted German aliens under the Treaty of Friendship, Commerce, and Consular Rights with Germany prevailed over California law).

18. **South Carolina v. United States, 199 U.S. 437 (1905**). *The Constitution is a written instrument. As such, its meaning does not alter. That which it meant when adopted, it means now.*

I hereby, & hereafter invoke Common Law Jurisdiction, and The Treaty of Peace & Friendship of 1836 between the Emperor of Morocco and the United States of America in this & all disputes & my secured treaty right to consular jurisdiction in this dispute nunc pro tunc under Article 20 of the Treaty of Peace & Friendship of 1836 between the Emperor of Morocco and the United States of America, which states the following: If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties & whenever the Consul shall require any Aid or Assistance from our Government to enforce his decisions it shall be immediately granted to him. See **Kolovrat vs Oregon, 366 U.S. 187, 194,81 s.ct. 922 (1961)** (A state cannot refuse to give *foreign nationals* their treaty rights because of fear that valid International Agreements may possibly not work completely to the satisfaction of state authorities).

  

 

**Article VI** *All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.*

*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.*

In the jurisdiction of my vast ancestral estate/ national domicile --North America, and American Soil. I nunc pro tunc hereby, herein, and hereafter am not the stock surety for the Roman Curia Members who own the Foreign Alien Corporation/ Foreign Federal Corporation known as the UNITED STATES/ UNITED STATES OF AMERICA/ United States Corporation Company and or (inc.) etc. doing Business, Commerce & Human Trafficking here at North America at Turtle Island. I do not consent to any and all forms, and manifestations of Colonialism, The Black Codes, The Christian Black Codes or The Doctrine of Discovery. I am not the stateless colorable 14th Amendment U.S. Citizen JAMIE MICHAEL LOGAN a Corporate Person or Entity, Misrepresented by Fraudulent Construct of ALL CAPITAL LETTERS.

The act of reading this instrument constitutes actual notice of the specific liabilities and commands contained herein. THE ACT OF READING, PROCESSING, OR FILING this instrument constitutes a formal and binding acknowledgement of the terms herein. The Recipient/Reader hereby agrees that any action taken in opposition to this 18 U.S.C 112 Foreign Official/ National/ Internationally protected person (ipp)/ International Organization-Consular Decree, without first producing a verified Delegation of Authority (DOA) as commanded, shall be construed as Premeditated Criminal Trespass, Record Tampering (18 U.S.C. § 2071), and Deprivation of Rights under Color of Law (18 U.S.C. § 242).

1. **United Nations Declaration on The Rights of Indigenous Peoples Article 2** Indigenous peoples and individuals are free and equal to all other peoples and individuals and have the right to be free from any kind of discrimination, in the exercise of their rights, in particular that based on their indigenous origin or identity.
2. **United Nations Declaration on The Rights of Indigenous Peoples Article 3** Indigenous peoples have the right to self-determination. By virtue of that right they freely







determine their political status and freely pursue their economic, social and cultural development.

3. **United Nations Declaration on The Rights of Indigenous Peoples** *Article 4* Indigenous peoples, in exercising their right to **self-determination**, have the right to autonomy or **self-government** in matters relating to their internal and local affairs, as well as ways and means for financing their autonomous functions.

4. **United Nations Declaration on The Rights of Indigenous Peoples** *Article 6* Every indigenous individual has the right to a nationality.

5. **United Nations Declaration on The Rights of Indigenous Peoples** *Article 8* Indigenous peoples and individuals have the right not to be subjected to forced assimilation or destruction of their culture.

6. States shall provide effective mechanisms for prevention of, and redress for:
    a. Any action which has the aim or effect of depriving them of their integrity as distinct peoples, or of their cultural values or ethnic identities;
    b. Any action which has the aim or effect of dispossessing them of their lands, territories or resources;
    c. Any form of forced population transfer which has the aim or effect of violating or undermining any of their rights;
    d. Any form of forced assimilation or integration;
    e. Any form of propaganda designed to promote or incite racial or ethnic discrimination directed against them.

7. **United Nations Declaration On The Rights Of Indigenous Peoples Article 25** Indigenous peoples have the right to maintain and strengthen their distinctive spiritual relationship with their traditionally owned or otherwise occupied and used lands, territories, waters and coastal seas and other resources and to uphold their responsibilities to future generations in this regard.

8. **United Nations Declaration On The Rights Of Indigenous Peoples Article 28** **Indigenous peoples have the right to redress, by means that can include restitution or, when this is not possible, just, fair and equitable compensation, for the lands, territories and resources** which they have traditionally owned or otherwise occupied or used, and which have been confiscated, taken, occupied, used or damaged without their free, prior and informed consent. 2. **Unless otherwise freely agreed upon by the peoples concerned, compensation shall take the form of lands, territories and resources equal in quality, size and legal status or of monetary compensation or other appropriate redress.**

  

 

9. **United Nations Declaration on The Rights of Indigenous Peoples Article 37** Indigenous peoples have the <u>**right to the recognition, observance and enforcement of treaties**</u>, agreements and other constructive arrangements concluded with States or their successors and to have States honor and respect such treaties, agreements and other constructive arrangements.

10. <u>**Universal Declaration of Human Rights (UDHR)**</u> **Article 5** No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.

11. <u>**Universal Declaration of Human Rights (UDHR)**</u>  **Article 15 1.** <u>**Everyone has the right to a nationality.  2. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.**</u>

12. <u>**Universal Declaration of Human Rights (UDHR)**</u> **Article 30** Nothing in this Declaration may be interpreted as implying for any State, group or person any right to engage in any activity or to perform any act aimed at the destruction of any of the rights and freedoms set forth herein.


You are hereby **COMMANDED** to Produce your Delegation of Authority Order granting the judicial Power that shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;--to all Cases affecting Ambassadors, other public Ministers and Consuls;--to all Cases of admiralty and maritime Jurisdiction;--to Controversies to which the United States shall be a Party;--to Controversies between two or more States;--between a State and Citizens of another State;-- between Citizens of different States;--between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

If you fail to respond, and produce a physical documented Certified Copy of your Delegation of Authority Order confirmed by congress by the effective date as described below, you agree that you have failed and are forever barred from doing so by estoppel, exhausting your administrative remedy; therefore' Respondents can never seek judicial intervention regarding this affidavit now or at any time in the future' Respondents forever waive all immunity now and in the future.

…<u>" **not voidable but simply void; and form no bar to a remedy sought in opposition to them, even prior to a reversal**"</u>…







## Allodial Compensation Invoice for Redress & Remedy

Count 1: 18 U.S. Code § 912 - Officer or employee of the United States
Count 2: Frauds and Swindles Pursuant to 18 U.S. Code § 1341
Count 3: 25 CFR § 11.448 - Abuse of office
Count 4: Deprivation of rights under color of law 18 U.S.C. § 242
Count 5: Violation of Article 3 Section 1 & 2 of the Constitution
Count 6: Violation of the 5th amendment Due Process
Count 7: Violation of the 9th amendment Rights Retained
Count 8: Violation of the 10th amendment Rights Reserved to the People
Count 9: 18 U.S. Code § 1583 - Enticement into slavery,
Count 10: 18 U.S. Code § 241 - Conspiracy against rights,
Count 11: 18 U.S. Code § 2384 - Seditious conspiracy
Count 12: Denial Of Consular Jurisdiction
Count 13: Denationalization
Count 14: Pain and Suffering
Count 15: Emotional Distress
Count 16: Fraud in the Inducement
Count 17 18 U.S.C 2 Principals
Count 18: The Rico Act 18 U.S.C 1341 Mail Fraud
Count 19: Loss of enjoyment of life
Count 20: Violation Of Treaty
Count 21: Common-law extortion/ Extortion
Count 22: Bank Fraud
Count 23: Theft By Extortion
Count 24: War Crimes "violation of the law of nations"
Count 25: Libel
Count 26: Fraudulent Misrepresentation
Count 27: Misrepresentation of facts
Count 28: 18 U.S.C 1343 Wire Fraud
Count 29: Violation of 18 U.S.C 371
Count 30: 18 U.S. Code § 956
Count 31: 18 U.S. Code § 1951 - Interference with commerce by threats or violence
Count 32: Constructive Fraud
Count 33: Fraudulent Concealment
Count 34: 18 U.S.C. 112
Count 35: Malfeasance
Count 36: 18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States
Count 37 18 U.S C. 1519
Count 38 18 U.S.C 1506
Count 39 18 U.S.C 2071
Count 40 Criminal Coercion







**Count 41 Spoliation**
**Count 42 Active Concealment**
**Count 43 Actionable Fraud**
**Count 44 Actionable Negligence**
**Count 45 Unlawful Occupation of Aboriginal Indigenous Peoples Territory**

1,000,000,000,000.00 (One Trillion Dollars) in Rare Earth Minerals and Metals, .9999 Fine Silver, Gold Bullion Coins or Bars or its equivalent in Federal Reserve Notes per Action against the aforementioned Foreign Official/ Internationally Protected Person(s) (ipp)

You have **7** Days to respond. As with any administrative process, you must rebut the statements and claims in this affidavit by executing a verified response, point-by-point with evidence that is certified to be true and in affidavit form. Respondent and the Claimant(s)/ Libellant agree that a response which is not verified or a response from a third-party agent lacking first-hand knowledge of the facts will constitute your failure to respond as defined herein. Failure to respond, and produce the above evidence will subject you to a default judgement and serve as your admission of Guilt of Federal Crimes Pursuant to but not limited to Lack of Jurisdiction, Frauds and Swindles Pursuant to 18 U.S. Code § 1341, Deprivation of Rights under color of law 18 U.S.C. § 242, 18 U.S. Code § 912 - Officer or employee of the United States, Denationalization, 25 CFR § 11.448 - Abuse of office, 18 U.S. Code § 1583 - Enticement into Slavery, 18 U.S. Code § 241 - Conspiracy against rights, 18 U.S. Code § 2384 - Seditious Conspiracy, Denial of Consular Jurisdiction, Denationalization, Violation of Treaty & "Violation of the Law of Nations" International Law.

### WHAT DID I SIGN, DO OR SAY THAT GAVE YOU LEGAL AUTHORITY OVER MY RIGHTS?

I, Jamie Michael Logan-Bey,  **NUNC PRO TUNC, HEREBY, AND HERINAFTER DO NOT EXPLICITLY, OR BY IMPLICATION WAIVE ANY EXEMPTIONS, RIGHTS, PRIVILEGES, OR IMMUNITIES GRANTED BY THE CONSTITUTION OR LAWS OF THE UNITED STATES.**

**I nunc pro tunc hereby and hereinafter rescind any and all signatures that gave the De Facto United States Government(inc.) et al, and its subsidiaries, authority over my Secured Rights Due to Libel, Fraud, Misrepresentation of Facts, and violations of other Laws.**

**"States are not immune from the jurisdiction of foreign courts"**







Crime vitiates everything which springs from it.

Actio negotiorum gestorum

Ignorance of the law is no excuse

No one is above the law

**We the people, are not anti-government any trespassing or the various legal actions used to implement it evince to a collateral or direct attack upon the United States of America Constitution, there may be grounds for a Grand Jury Indictment for Treason, to wit: United States of America Constitution 1788 - Article III, Section III: "Treason shall consist only in levying War against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of Treason unless on the testimony of two witnesses to the same overt act or on confession in open Court. The congress shall have power to declare the punishment of Treason, but no Attainder of Treason shall work corruption of blood, or forfeiture except during the life of the person attainted."**

I declare under penalty of perjury under Treaty, International, Constitutional, and the Federal laws of the United States of America that the foregoing is true and correct. Asserted, and Executed under the authority of the United States via the Treaty of Peace and Friendship of 1836.

Respectfully,

I am: _____

18 U.S.C 112 Foreign Official/ National/
Private Commercial Banker
Consul/ Judicial Officer:
Jamie Michael Logan-Bey,
Phone 412-203-5195
Authorized Representative
Natural Person, In Propria Persona:
Ex Rel: JAMIE MICHAEL LOGAN
Under Law of Nations,
Treaty, International Law







U.S. Constitution,
Common Law, and Federal Law
U.C.C. 1-308 Completely Without Recourse
11650 Penn Hills Dr # 10561
Pittsburgh, Pennsylvania
Indigenous Peoples Territory
[Zip Exempt] Non-Domestic
nunc pro tunc
5/20/26

   This Affidavit of Fact shall be asserted, and executed, under the authority, and enforced in conformity with the laws of the United States, which are so far as is necessary to assert, and execute This Affidavit of Fact respectively, and so far as they are suitable to carry the same into effect, to the extent that the terms of This Affidavit of Fact respectively justify or require.

### Title 18 U.S. Code § 2382- Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and *make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.*

   14 i.l.m. 336 (1975). ratified treaties in the u.s. are considered the "supreme law of the land".

   (XV). Declaration on the granting of independence to colonial countries and peoples Convinced that all peoples have an inalienable right complete freedom, the exercise of their sovereignty and the integrity of their national territory, solemnly proclaims the necessity of bringing to a speedy and unconditional end colonialism in all its forms and manifestations.

**Notice to the Agent is Notice to the Principal – Notice to the Principal is notice to the Agent.** Pursuant to the **Uniform Commercial Code (U.C.C.),** any failure to rebut this Writ by any one District constitutes a **National Default** and a collective admission of lack of jurisdiction and fraud by the entire Federal Judiciary franchise.

 



 

**Foreign/ International Affidavit of Fact, was sent via United States Postal Service Priority Mail to the following recipients:**

Josh Shapiro
14th Amendment Stateless United States citizen Foreign Colonist Hybrid European,
(acting as) Governor
508 Main Capitol Building
Harrisburg, PA 17120
Aboriginal Indigenous Peoples Territory
Phone: (717)-787-2500

David W. Sunday JR
14th Amendment Stateless United States citizen Foreign Colonist Hybrid European,
(acting as) States Attorney General
Pennsylvania Office of Attorney General 16th Floor
320 Market Street, Harrisburg, PA 17101
Aboriginal Indigenous Peoples Territory
Phone: (717)-787-3391

(acting as) Pennsylvania Secretary of State Al Schmidt
14th Amendment Stateless United States citizen Foreign Colonist Hybrid European,
401 North Street
Room 206
Harrisburg, PA 17120
Direct: 717-787-1057
Aboriginal Indigenous Peoples Territory

Offices Of U.S. Attorney General/ Todd Blanche
14th Amendment Stateless United States citizen Foreign Colonist Hybrid European,
(acting as) U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Aboriginal Indigenous Peoples Territory

(acting) Special Agent in Charge

 



 

Kevin P. Rojek
14th Amendment Stateless United States citizen Foreign Colonist Hybrid European,
Federal Bureau of Investigation,
3311 E Carson St,
Pittsburgh, PA 15203
(412) 432-4000
Aboriginal Indigenous Peoples Territory

U.S. Marshals Service for the Western District of Pennsylvania
14th Amendment Stateless United States citizen Foreign Colonist Hybrid European, Stephen K. Eberle
U.S. Marshal
Joseph F. Weis Jr. U.S. Courthouse,
700 Grant Street, Suite 2310,
Pittsburgh, PA 15219
Aboriginal Indigenous Peoples Territory

The White House,
1600 Pennsylvania Avenue,
N.W., Washington, DC 20500
Aboriginal Indigenous Peoples Territory
ATTN: Mr. President

Clerk of Courts
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543
Aboriginal Indigenous Peoples Territory
ATTN: Current and future Acting Chief Justice & Associate Justices